112315.0014.54.00800031.002     UNITED STATES BANKRUPTCY COURT     1504237.Trustee.278
Eastern District of North Carolina Greenville Division
Case 15-04237-5-SWH    Doc 14    Filed 11/24/15    Entered 11/24/15 08:53:32    Page 1 of 8

```
                                               IN RE
                                               GIA L WILLIAMS
                                               1050 NAI RAD LANE
  1504237-Trustee-A-Rich
  ALLEN C. BROWN                               WILLIAMSTON, NC 27892
  PO BOX  1909                                        SSN or Tax I.D.   XXX-XX-1877
  ATTORNEY AT LAW
  WINTERVILLE, NC 28590




  Richard M. Stearns
  1015 Conference Dr.
  Greenville, NC 27858
                                                 Chapter 13
                                                 Case Number:  15-04237-5-SWH
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 12/24/2015, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                         U.S. Bankruptcy Court
                         PO Box 791
                         Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                     Attorney:                     Trustee:
GIA L WILLIAMS                 ALLEN C. BROWN                Richard M. Stearns
1050 NAI RAD LANE              PO BOX  1909                  1015 Conference Dr.
WILLIAMSTON, NC 27892          ATTORNEY AT LAW               Greenville, NC 27858
                               WINTERVILLE, NC 28590
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  November 23, 2015                Richard M. Stearns
                                        Chapter 13 Trustee
                                        1015 Conference Dr.
                                        Greenville, NC 27858
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:                                          CASE NUMBER:  15-04237-5-SWH

     GIA L. WILLIAMS

                                                **CHAPTER 13**

     DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on September 11, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case.  The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors.  The debtor(s) plan provides for payments of:

    $815.00 PER MONTH FOR 1 MONTH, THEN, $915.00 PER MONTH FOR 58 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before December 10, 2015 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before February 1, 2016 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

  b. Continuing Long Term Debts to be paid by the Trustee:

  **IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
  .

| Creditor | Collateral |
|---|---|
| NONE | |

  c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #009 SANTANDER CONSUME USA | 2008 FORD F150 | $16,156.61; TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |
| #020 SCHEWEL FURNITURE | HHG | $251.16; TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |

  d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #008 FORD MOTOR CREDIT CO, LLC | 2013 FORD FOCUS | $12,925.00 SECURED<br><br>$5,834.46 UNSECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |

  e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

  Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

  8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

   NONE

   Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

                                                          RICHARD M. STEARNS

                                                          _____

                                                          Standing Chapter 13 Trustee

## EXHIBIT 'A'

**DEBTORS:** GIA WILLIAMS  **CASE NUMBER:** 15-04237-5-SWH

**EMPLOYMENT:**
Debtor: NEW DIXIE OIL CO. & DECEASED HUSBANDS MILITARY BENEFITS   **GROSS INCOME:** $3,637.33

Spouse:

**Prior Bankruptcy cases:** Yes ☐  No ☒  If so, Chapter ___ filed ___

Disposition:

**Real Property:** House and Lot ☐  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | N/A | | |
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemptions | | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | $475.00 | Tax Value | |

| | | | |
|---|---|---|---|
| Description | N/A | | |
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemption | | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS:**

**Attorney Fees:**
Requested: $3,700.00 (excluding filing fee)
Paid: $193.00 (excluding filing fee)
Balance: $3,507.00

**Trustee's Recommendation:** $3,700.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $73,802.01 | Pay in | $53,885.00 | Priority | 0.00% |
| Priority | $0.00 | Less 8.00% | $4,310.80 | Secured | 100.00% |
| Secured | $33,345.03 | Subtotal | $49,574.20 | Unsecured | 0.00% |
| Unsecured | $40,456.98 | Req. Atty. Fee | $3,507.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $46,067.20 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Annual Review:** Yes ☒  No ☐
**Payroll Deduction:** Yes ☐  No ☒
Objection to Confirmation: Yes ☐  No ☒

       Pending:
       Resolved:

<u>Motions Filed:</u>    Yes ☐    No ☒

       If so, indicate type and status:

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1504237 | TRUSTEE: 54 | COURT: 278 | |
| TASK: 11-20-2015.00800031.LSA000 | | DATED: 11/23/2015 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | GIA L WILLIAMS | 1050 NAI RAD LANE<br>WILLIAMSTON, NC 27892 |
| 799 | 000002 | ALLEN C. BROWN<br>ATTORNEY AT LAW | PO BOX 1909<br>WINTERVILLE, NC 28590 |
| IRS | 000005 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| ATYGEN | 000003 | The Honorable Loretta Lynch<br>950 Pennsylvania Ave. NW | U.S. Department of Justice<br>Washington, DC 20530 |
| 018 | 000018 | ONEMAIN<br>CHAPTER 13 BANKRUPTCY | PO BOX 499<br>HANOVER, MD 21076 |
| 020 | 000020 | SCHEWEL FURNITURE<br>ATTN: RACHEL CREMEANS | POB 6120<br>LYNCHBURG, VA 24505-6120 |
| USATTY | 000007 | US ATTORNEY<br>310 NEW BERN AVE, FEDERAL BLDG | ATTN: CIVIL PROCESS CLERK, STE 800<br>RALEIGH, NC 27601-1461 |
| NCREV | 000006 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| ESC | 000004 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 028 | 000028 | BRANCH BANK AND TRUST COMPANY<br>PO BOX 1847 | ATTENTION: MR. JACK R HAYES<br>WILSON, NC 27894-1847 |
| 010 | 000010 | BB&T<br>PO BOX 1847 | BANKRUPTCY SECTION 100-50-01-51<br>WILSON, NC 27894-1847 |
| 011 | 000011 | CAPITAL ONE | PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| 017 | 000017 | NATIONAL FINANCE COMPANY, INC<br>151 PINNACLE PLACE | BANKRUPTCY SECTION<br>LITTLE RIVER, SC 29566 |
| 013 | 000013 | LVNV FUNDING LLC<br>PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 024 | 000024 | TRIDENT ASSET MANAGEMENT | 53 PERIMETER CTR E STE 450<br>ATLANTA, GA 30346-2287 |
| 014 | 000014 | MEDICAL DATA SYSTEMS<br>BANKRUPTCY DEPT. | 645 WALNUT STREET, STE 5.<br>GADSDEN, AL 35901 |
| 021 | 000021 | SPRINGLEAF FINANCIAL SERVICES | PO BOX 3251<br>EVANSVILLE, IN 47731 |
| 022 | 000022 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 025 | 000025 | WEBBANK - FINGERHUT | 6250 RIDGEWOOD ROAD<br>ST. CLOUD, MN 56303 |
| 015 | 000015 | MILITARY STAR | 3911 S WALTON WALKER RD<br>DALLAS, TX 75236-1509 |
| 016 | 000016 | MONTGOMERY WARD<br>P.O. BOX 800849 | C/O CREDITORS BANKRUPTCY SERVICE<br>DALLAS, TX 75380 |
| 009 | 000009 | SANTANDER CONSUMER USA | PO BOX 961245<br>DALLAS, TX 76161 |
| 019 | 000019 | SANTANDER CONSUMER USA INC<br>P.O BOX 961245 | AS ASSIGNEE FOR FIFTH THIRD BANK<br>FORT WORTH, TX 76161-1245 |

| CASE: 1504237 | TRUSTEE: 54 | COURT: 278 | | Page 2 of 2 |
|---|---|---|---|---|
| TASK: 11-20-2015.00800031.LSA000 | | DATED: 11/23/2015 | | |

| | | | | |
|---|---|---|---|---|
| 008 | 000008 | FORD MOTOR CREDIT CO | | POB 62180<br>COLORADO SPRINGS, CO 80962 |
| 008 | 000026 | FORD MOTOR CREDIT CO | | POB 62180<br>COLORADO SPRINGS, CO 80962 |
| 012 | 000012 | QUANTUM3 GROUP LLC<br>PO BOX 788 | | C/O COMENITY BANK<br>KIRKLAND, WA 98083-0788 |
| 026 | 000027 | QUANTUM 3 GROUP LLC AS AGENT FOR<br>PO BOX 788 | | SADINO FUNDING LLC<br>KIRKLAND, WA 98083-0788 |
| 023 | 000023 | TD BANK USA, NA<br>2001 WESTERN AVENUE | | c/o WEINSTEIN & RILEY, PS<br>SEATTLE, WA 98124 |

30 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/23/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   11/23/2015    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail